NITED STATES DISTRICT COURT

District
Delaware

DAVID E. JONES,
Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Docket No.
CIVIL ACTION NO. 07-743

To: (Name and Address of Defendant)
Colm Connolly, U.S. Attorney
District of Delaware
The Nemours Bldg.
1007 Orange St. Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED and required to serve upon**

**aintiff's Attorney (Name and Address)**

Maryann T. Donaghy, Esq. #4213
Delaware Volunteer Legal Services, Inc.
P.O. Box 7306
Wilmington, DE 19803
TEL: (302) 478-8680

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Clerk | Date |
|---|---|
| PETER T. DALLEO | |
| (By) Deputy Clerk | NOV 2 |

ervice of the Summons and Complaint was made by me[3] Date 23 November 2007

ame of Server: Title

Thomas J. Reed Prof. of Law

heck one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[XX] Other (specify) served by U.S. Certified Mail pursuant to R. 4(i) Fed. R. Civ. Pro (return receipt attached)

## STATEMENT OF SERVICE FEES

| ravel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing info ontained in the Return of Service and Statement of Service Fees is true and correct.

xecuted on 17 December 2007
Date

Signature of Server
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474
Address of Server

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colm Connolly, U.S. Attorney
District of Delaware
1007 Orange St. Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Bryan ☒ Agent ☐ Addressee

B. Received by (Printed Name) S. BRYAN

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Jones v. U.S. 07-743

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0710 0004 4817 3214

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 0710 0004 4817 3214

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Jones v. U.S. 07-743

Postmark Here

NOV 20 2007

Sent To Colm Connolly, U.S. Atty D. Delaware
Street, Apt. No.; or PO Box No. 1007 Orange St. Ste. 700
City, State, ZIP+4 Box 2046 Wilmington, DE 19899-2046

PS Form 3800, August 2006 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

WILMINGTON DE 197
23 NOV 2007 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Prof. Thomas J. Reed, VLC**
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474

REED

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mall.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

| TED STATES DISTRICT COURT | District<br>Delaware |
| --- | --- |
| DAVID E. JONES,<br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Docket No.<br>CIVIL ACTION NO. 07-743<br><br>To: (Name and Address of Defendant)<br>Gordon H. Mansfield, Acting, Secretary of V<br>Affairs<br>810 Vermont Ave. N.W.<br>Washington, DC 20420 |

**YOU ARE HEREBY SUMMONED and required to serve upon**

**ntiff's Attorney (Name and Address)**

Maryann Donaghy, Esq. # 4213
Delaware Volunteer Legal Services, Inc.
P.O. Box 7306
Wilmington, DE 19803
TEL: (302) 478-8680

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| erk | Date |
| --- | --- |
| PETER T. DALLEO | |
| ) Deputy Clerk | [illegible] 2 0 2[illegible] |
| [signature] | |

rvice of the Summons and Complaint was made by me[1] Date 3 December 20

ame of Server: Thomas J. Reed

Title Prof. of Law

eck one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[XX] Other (specify) Served by U.S. Certified Mail pursuant to R. 4(i) Fed. R. Civ. Pro. (return receipt attached)

**STATEMENT OF SERVICE FEES**

| avel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing infor ntained in the Return of Service and Statement of Service Fees is true and correct.

ecuted on 17 December 2007
Date

Thomas J. Reed
Signature of Server

Widener University School of Law
P.O. Box 7474
~~Wilmington, DE 19803-0474~~
Address of Server

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gordon H. Mansfield, Acting
Secretary of Veterans Affairs
810 Vermont Ave. N.W.
Washington, DC 20420

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X James Wilson ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

U.S. v. Jones 07-743

RECEIVED
DEC 2007

3. Service Type
X☒ Certified Mail ☐ Express Mail
☐ Return Receipt for Merchandise

2. Article N
(Transfe

PS Form 3

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Jones v. U.S.
07-743

Postmark Here

DEC 20 2007

Sent To
Gordon H. Masnfield Acting Secy VA

Street, Apt. No.; or PO Box No. 810 Vermont Ave. N.W.

City, State, ZIP+4 Washington, DC 20420

PS Form 3800, August 2006 See Reverse for Instructions

7007 0710 0004 4817 3191




UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Prof. Thomas J. Reed, VLC**
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

REED

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

| NITED STATES DISTRICT COURT | District Delaware |
|---|---|
| DAVID E. JONES, Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant. | Docket No. CIVIL ACTION NO. 07-743 |
| | To: (Name and Address of Defendant) Hon. Michael B. Mukasey, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |

**YOU ARE HEREBY SUMMONED and required to serve upon**

**aintiff's Attorney (Name and Address)**

Maryann T. Donaghy, Esq. #4213
Delaware Volunteer Legal Services, Inc.
P.O. Box 7306
Wilmington, DE 19803
TEL: (302) 478-8680

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| lerk | Date |
|---|---|
| PETER T. DALLEO | |
| y) Deputy Clerk | |
| [signature] | |

RETURN OF SERVICE

ervice of the Summons and Complaint was made by me[2] | Date 27 November 2007

ame of Server: Thomas J. Reed | Title Prof. of Law

heck one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[XX] Other (specify) served by U.S. Certified Mail pursuant to R. 4(i) Fed. R. Civ. Pro. (return receipt attached)

## STATEMENT OF SERVICE FEES

| ravel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing infor ntained in the Return of Service and Statement of Service Fees is true and correct.

ecuted on 17 December 2007
Date

[signature]
Signature of Server

Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474
Address of Server

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

. Michael B. Mukasey
ney General of the U.S.
Pennsylvania Ave. N.W.
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) NOV 26 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Jones v. U.S. 07-743

3. Service Type
XX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7007 0710 0004 4817 3207

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7007 0710 0004 4817 3207

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Jones v. U.S.
07-743

Postmark Here

WILMINGTON NOV 20

Sent To: Michael Mukasey, Atty Gen. U.S.
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. N.W.
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, August 2006 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Prof. Thomas J. Reed, VLC**
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474

REED

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047