UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-*** |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

**NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

TAKE NOTICE, that on this 30th day of January, 2008, Defendant served its Rule 26(a)(1) Initial Disclosures by First Class Mail on the following counsel for Plaintiff:

Maryanne Theresa Donaghy
Delaware Volunteer Legal Services
4601 Concord Pike
P.O. Box 7306
Wilmington, DE 19802
(302) 478-8680
Email: capepoint@comcast.

DATED: January 30, 2008.

                                                COLM F. CONNOLLY
                                              United States Attorney

                                              /s/ Seth M. Beausang
                                              Seth M. Beausang (DE I.D. No. 4071)
                                              Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              Wilmington, Delaware 19801
                                              (302) 573-6277, ext. 149