IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID E. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-743-SLR/MPT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this *11th* day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Mary Pat Thynge. Consistent with 28 U.S.C. § 636(b), Judge Thynge shall conduct all proceedings, and hear and determine all motions,[1] through and including the pretrial conference.[2] The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge

---

[1] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.