## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID E. JONES, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-743-SLR/MPT |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, March 13, 2008 at 3:30 p.m.** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE