UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| David E. Jones, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-743-MPT |
| | ) | |
| United States of America, | ) | |
|     Defendant | ) | |

CERTIFICATE OF SERVICE

I heareby certify that on February 2008 I electronically filed this Certificate of Service of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) with the Clerk of Court using CM/ECF which certifies that service of Plaintiff's Initial Disclosures was made on March 12 2008 by overnight mail, prepaid, to the following:

Seth M. Beausang, Esq.
United States Attorneys Office
1007 Orange Street, Ste. 700
Wilmington, DE 19899-2046

Dated:  March 18, 2008                        /4213
                                                                      Maryanne T. Donaghy, 4213
                                                                      Delaware Vol Legal Services
                                                                      PO Box 7306
                                                                      Wilmington, DE 19803
                                                                      302-478-8680

                                                                      Attorney for Plaintiff