UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-SLR |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION TO CONSENT TO THE
JURISDICTION OF THE MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c), the parties hereby stipulate and agree to have the Honorable Mary Pat Thynge, United States Magistrate Judge for the District of Delaware, conduct any and all proceedings in the above-captioned case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

It is further stipulated that the Honorable Leonard P. Stark will serve as the mediator in this action.

COLM F. CONNOLLY
United States Attorney

  /s/ Seth Madison Beausang                    /s/ Maryanne Theresa Donaghy
Seth Madison Beausang                        Maryanne Theresa Donaghy
U.S. Attorney's Office                       Delaware Volunteer Legal Services
1007 Orange Street, Suite 700                4601 Concord Pike
P.O. Box 2046                                P.O. Box 7306
Wilmington, DE 19899-2046                    Wilmington, DE 19802
(302) 573-6277                               (302) 478-8680


IT IS SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE