UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID E. JONES, | : |
| Plaintiff, | : Civil Action No. 07-743-SLR |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**JOINT STIPULATION TO CONSENT TO THE
JURISDICTION OF THE MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c), the parties hereby stipulate and agree to have the Honorable Mary Pat Thynge, United States Magistrate Judge for the District of Delaware, conduct any and all proceedings in the above-captioned case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

It is further stipulated that the Honorable Leonard P. Stark will serve as the mediator in this action.

COLM F. CONNOLLY
United States Attorney

/s/ Seth Madison Beausang
Seth Madison Beausang
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

/s/ Maryanne Theresa Donaghy
Maryanne Theresa Donaghy
Delaware Volunteer Legal Services
4601 Concord Pike
P.O. Box 7306
Wilmington, DE 19802
(302) 478-8680

IT IS SO ORDERED this _1st_ day of _April_, 2008.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE