UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-MPT |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

**NOTICE OF SERVICE OF UNITED STATES OF AMERICA'S
FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF**

TAKE NOTICE, that on this 18th day of April, 2008, Defendant served its First Set of Document Requests by e-mail on the following counsel for Plaintiff:

Maryanne Theresa Donaghy
Delaware Volunteer Legal Services
4601 Concord Pike
P.O. Box 7306
Wilmington, DE 19802
(302) 478-8680

DATED: April 18, 2008.

                                                COLM F. CONNOLLY
                                              United States Attorney

                                                /s/ Seth M. Beausang
                                              Seth M. Beausang (DE I.D. No. 4071)
                                              Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              Wilmington, Delaware 19801
                                              (302) 573-6277, ext. 149