IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| David E. Jones, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-743-MPT |
| United States of America, | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **12th** day of **May, 2008**:

IT IS ORDERED that the mediation conference scheduled for **September 8th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **September 15th, 2008 at 10:00 am**. The order issued on April 10th, 2008 shall continue to govern the mediation conference and statements with the exception that statements shall now be due on or before September 2nd, 2008.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE