UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-MPT |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Defendant United States of America respectfully moves pursuant to Fed. R. Civ. P. 56 for summary judgment of Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Brief. A proposed Order consistent with this Motion is attached hereto.

DATED: July 17, 2008

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                        By:   /s/ Seth M. Beausang
                                              Seth M. Beausang (De. I.D. No. 4071)
                                              Assistant U.S. Attorney
                                              District of Delaware
                                              The Nemours Building
                                              1007 N. Orange Street, Suite 700
                                              Wilmington, DE  19899-2046
                                              (302) 573-6277

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-MPT |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 200__, upon consideration of The United States' Motion for Summary Judgment, and all papers filed in support thereof and opposition thereto, it is hereby ORDERED that the United States' Motion is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED

                                                          _____
                                                         THE HONORABLE MARY PAT THYNGE
                                                         UNITED STATES MAGISTRATE JUDGE