IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David E. Jones, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-743-MPT |
| United States of America, | : |
| Defendant. | : |

## ORDER

At Wilmington this **21st** day of **July, 2008**:

IT IS ORDERED that the mediation conference scheduled for **September 15th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED**.

IT IS FURTHER ORDERED that a mediation teleconference is hereby scheduled for Wednesday, October 29th, 2008 at 10:30 a.m. Counsel for the plaintiff shall initiate the teleconference call to (302) 573-4573.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE