UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID E. JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-743-MPT |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION AND PROPOSED ORDER
TO SET NEW BRIEFING SCHEDULE**

Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, representing the Defendant, and Maryanne Theresa Donaghy, representing the Plaintiff, hereby stipulate that Plaintiff's Answering Brief in response to the Government's Motion for Summary Judgment shall be due on or before August 12, 2008.

COLM F. CONNOLLY
United States Attorney

  /s/ Seth Madison Beausang                         /s/ Maryanne Theresa Donaghy
Seth Madison Beausang (De. # 4071)       Maryanne Theresa Donaghy (De. # 4213)
U.S. Attorney's Office                                  Delaware Volunteer Legal Services
1007 Orange Street, Suite 700                    4601 Concord Pike
P.O. Box 2046                                              P.O. Box 7306
Wilmington, DE 19899-2046                       Wilmington, DE 19802
(302) 573-6277                                             (302) 478-8680


IT IS SO ORDERED this _____ day of _____, 2008.


_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE